UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| SCOTTIE MCFARLAND, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:20-CV-00011-JRG-CHS |
| SHERIFF TIM G. FULLER, SGT. T.J. PARSONS, C/O TYLER MILLIKEN, SGT. PHILLIP OWENS, and FRANKLIN COUNTY, Defendants. | ) ) ) ) ) ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, Defendant Parsons is **DISMISSED**, Defendants' motion for summary judgment [Doc. 63] is **GRANTED**, Defendants' motion for an extension of time to file a motion for summary judgment [Doc. 62] is **DENIED as moot**, and this prisoner's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED without prejudice**. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this dismissal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                                                           s/J. RONNIE GREER
                                                    UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk